IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-768-D

| | |
|---|---|
| SELENA MILAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CASHCALL, INC., ) | |
| ) | |
| Defendant. ) | |

On January 6, 2014, defendant Cashcall, Inc. filed a motion to dismiss or in the alternative to stay and compel arbitration [D.E. 14]. Plaintiff Selena Milam did not respond.

In light of the forum selection clause in the contract, the court GRANTS the motion to dismiss [D.E. 14]. See, e.g., Atl. Marine Constr. Co. v. U.S. Dist. Court for W. Dist. of Texas, 134 S. Ct. 568, 583 n.8 (2013); Albemarle Corp. v. AstraZeneca UK, Ltd., 628 F.3d 643, 650 (4th Cir. 2010).

SO ORDERED. This 4 day of March 2014.

JAMES C. DEVER III
Chief United States District Judge