AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SELENA MILAM,                    )<br>                                  )<br>        Plaintiff,                )<br>                                  )<br>v.                                )<br>                                  )<br>CASHCALL, INC.,                   )<br>                                  )<br>        Defendant.                )  | **JUDGMENT**<br>**CASE NO. 5:13-CV-768-D** |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that Defendant's Motion to Dismiss [D.E. 14] is GRANTED. The clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**MARCH 4, 2014**</u> WITH A COPY TO:

Christopher D. Lane (via CM/ECF Notice of Electronic Filing)
Hayden J. Silver III (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>March 4, 2014</u> | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer</u> |
| | (By) Deputy Clerk |

Raleigh, North Carolina